United States District Court
District of Massachusetts

|  |  |
|---|---|
| United States of America )<br>)<br>)<br>v. )<br>)<br>Juan Alberto Rosa-Marte )<br>)<br>Defendant. )<br>) | Criminal Action No.<br>21-10017-NMG |

MEMORANDUM & ORDER

GORTON, J.

    This case arises from charges against defendant, Juan Alberto Rosa-Marte ("defendant"), for possession of cocaine with intent to distribute in violation of 18 U.S.C. §841. Defendant pled guilty to these charges in 2021. He was sentenced to 30 months in prison and 3 years of supervised release which began in 2023. Now, defendant moves for early termination of his probation based on good behavior, to which neither the government nor the Probation Office filed an opposition.

    Regardless of the merits of defendant's motion, if any, the motion will be denied because this Court no longer has jurisdiction over his supervised release. In February, 2024, the Probation Office filed a request with this Court to transfer jurisdiction from this Court to the United States District Court for the Southern District of New York ("the Southern District"),

which is closer to where defendant currently resides (Docket No. 64). This Court authorized the transfer (Docket No. 65), and the transferee court accepted it. See 18 U.S.C. §3605 (permitting district courts to transfer probation jurisdiction with consent of transferee court).

Accordingly, this Court now lacks authority to authorize a request to modify defendant's supervised release; any such request must be filed with the Southern District. See id. ("A court to which jurisdiction is transferred under this section is authorized to exercise all powers over the probationer."); cf. United States v. Sastrom, 96 F.4th 33, 34 (1st Cir. 2024) (recognizing courts "lack authority to adjust [defendant]'s supervised release" once a case is transferred to another district pursuant to §3605).

### ORDER

For the foregoing reasons, the motion defendant, Juan Alberto Rosa-Marte, for early termination of supervised release (Docket No. 67) is **DENIED** without prejudice.

Defendant may refile his motion for early termination, if he so chooses, in the United States District Court for the Southern District of New York.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated: November 21, 2024